# EXHIBIT 77

# CaptionCall Installer Invoice

| Appointment Date/type | | Install | Service Call | Time | |
|---|---|---|---|---|---|
| Installer Name (Area) | | | | Activity # | |

| | | | |
|---|---|---|---|
| Name | | Date received | |
| Address | | Home Phone | |
| City/Zip | | Work or Cell | |
| Email | | Alternate # | |

| Referred by | Phone | Email |
|---|---|---|
| | | |

| Type of Residence | Requirements | Wears Hearing Aids | Gender & Age | Employed | Former CapTel User |
|---|---|---|---|---|---|
| Single Family Home | Hard of Hearing | Yes (1 or 2) | Male | Yes | Yes |
| Apartment | Analog phone jack | Cochlear Imp | Female | No | No |
| Retirement Home | Broadband Internet | No | AGE | | |
| Year Round Resident | | | | | |
| Other Home | | | | | |
| Number of people Living in household | Number of Children | | | | |

**Notes by Installer**




Features customer would like for future model:

| Equipment Installed | MAC ID | Router OR Switch | Internet Provider | Wired OR Wireless |
|---|---|---|---|---|
| | | | | |

| NEW REFERRAL | | Home Phone | |
|---|---|---|---|
| Address | | Work or Cell | |
| City/Zip | | Email | |

**Not Interested:**  No Analog Line   No High Speed   Can't Afford   Price (too expensive)   Chose a Competitor   Doesn't Like Captioning   Doesn't Need Captioning   Missing Features (list features)   Not Hard of Hearing   Disqualified Other (list reason)

| Promo Code | Mileage | Hours |
|---|---|---|
| | | |

OUTSIDE COUNSEL ONLY -- PROSECUTION BAR