IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WISCONSIN

| ULTRATEC, INC. and CAPTEL, INC., Plaintiffs, v. SORENSON COMMUNICATIONS, INC. and CAPTIONCALL, LLC, Defendants. | § § § § § § § § § § § § § | Civil Action No.: 3:13-cv-00346-bbc |
|---|---|---|

## DEPOSITION ORDER

**TO:**  Any Consul or Vice Consul of the United States of America
United States Consulate General Osaka-Kobe
11-5 Nishitenma 2 chome, Kita-ku, Osaka 530-8543 Japan

Upon application of Defendants Sorenson Communications, Inc., and CaptionCall, LLC, and pursuant to Article 17 of the United States-Japan Consular Convention, it is hereby

**ORDERED** that the deposition on notice of the following individual be taken at the U.S. Consulate General Osaka-Kobe, 11-5 Nishitenma 2 chome, Kita-ku, Osaka 530-8543 Japan, commencing on or about August 21, 2014, and concluding the same day, and that the making of documentary exhibits in connection therewith be permitted:

Seiichi Yamamoto

Listed below are the names of counsel who may participate in this deposition, together with other persons who may attend or assist with these deposition:

**For Defendants**

Joshua Davis (counsel)

**For Plaintiffs**

_____

_____

Also in attendance at this deposition will be Akihito Nakamachi. The proceedings will be reported, videotaped, and/or interpreted by TSG Reporting, Inc. The following court reporters may be used by TSG Reporting, Inc.: Jade Kira King, Brandy Renee Stull, Jennifer Buck, and Jeanne Marie Bullis. The following videographers may be used by TSG Reporting, Inc.: Paul Diserio and Dean Harrington. The following interpreters may be used by TSG Reporting, Inc.: Naoko Selland, Michael Kinshu Sekine, and Bruce Holcombe.

Please cause the testimony of said witness to be recorded by video and reduced to writing; the deposition to be signed by said witness; said deposition testimony to be annexed to your Commission and closed under your seal; and make return of these materials to this Court with all convenient speed.

WITNESS, The Honorable __STEPHEN L. CROCKER__ of the United States District Court for the Western District of Wisconsin, this __1ST__ day of __AUGUST__, 2014.

_____
United States District Court for the
Western District of Wisconsin
120 North Henry Street, Room 320
Madison, Wisconsin 53703
United States of America

I hereby certify that the signature above is that of The Honorable __STEPHEN L. CROCKER__ of the United States District Court for the Western District of Wisconsin.

_____ Clerk of the Court

__8/1/2014__ Date
Deputy Clerk: _____
Seal: