IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WISCONSIN

| ULTRATEC, INC. and CAPTEL, INC., § § § Plaintiffs, § § v. § § SORENSON COMMUNICATIONS, INC. § and CAPTIONCALL, LLC, § § Defendants. § § | Civil Action No.: 3:13-cv-00346-bbc |
|---|---|

## DEPOSITION ORDER

TO: Any Consul or Vice Consul of the United States of America
United States Consulate General Osaka-Kobe
11-5 Nishitenma 2 chome, Kita-ku, Osaka 530-8543 Japan

Upon application of Defendants Sorenson Communications, Inc., and CaptionCall, LLC, and pursuant to Article 17 of the United States-Japan Consular Convention, it is hereby

**ORDERED** that the deposition on notice of the following individual be taken at the U.S. Consulate General Osaka-Kobe, 11-5 Nishitenma 2 chome, Kita-ku, Osaka 530-8543 Japan, commencing on or about August 21, 2014, and concluding the same day, and that the making of documentary exhibits in connection therewith be permitted:

Seiichi Yamamoto

Listed below are the names of counsel who may participate in this deposition, together with other persons who may attend or assist with these deposition:

### For Defendants

Joshua Davis (counsel)

Chris Ponder (counsel)

### For Plaintiffs

Trevor W. Joike (counsel)

Kristin Graham Noel (counsel)

Anthony A. Tomaselli (counsel)

Martha Jahn Snyder (counsel)

Michael T. Piery (counsel)

Brandon M. Krajewski (counsel)

Josephine K. Benkers (counsel)

Michael J. Curley (counsel)

Nikia L. Gray (counsel)

Also in attendance at this deposition will be Akihito Nakamachi. The proceedings will be reported, videotaped, and/or interpreted by TSG Reporting, Inc. The following court reporters may be used by TSG Reporting, Inc.: Jade Kira King, Brandy Renee Stull, Jennifer Buck, and Jeanne Marie Bullis. The following videographers may be used by TSG Reporting, Inc.: Paul Diserio and Dean Harrington. The following interpreters may be used by TSG Reporting, Inc.: Naoko Selland, Michael Kinshu Sekine, and Bruce Holcombe.

Please cause the testimony of said witness to be recorded by video and reduced to writing; the deposition to be signed by said witness; said deposition testimony to be annexed to your Commission and closed under your seal; and make return of these materials to this Court with all convenient speed.

WITNESS, The Honorable ___STEPHEN L. CROCKER___ of the United States District Court for the Western District of Wisconsin, this _1ST_ day of _AUGUST_, 2014.

_____[signature]_____
United States District Court for the
Western District of Wisconsin
120 North Henry Street, Room 320
Madison, Wisconsin 53703
United States of America

I hereby certify that the signature above is that of The Honorable ___Stephen L. Crocker___ of the United States District Court for the Western District of Wisconsin.

_____ Clerk of the Court

__8/1/2014__ Date

Deputy Clerk: ____[signature]____

Seal:
QB\28978593.1