IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

Ultratec, Inc. and CapTel, Inc.

    Plaintiffs,

v.

Sorenson Communications, Inc.
and CaptionCall, LLC

    Defendants.

JUDGMENT IN A CIVIL CASE

Case No. 13-cv-346-bbc

    This action came before the court and a jury with U.S. District Judge Barbara B. Crabb presiding. The issues have been tried and the jury has rendered its verdict.

    IT IS ORDERED AND ADJUDGED that judgment is entered in favor of plaintiffs on the Jury Verdict of Liability with respect to infringement of claims 6 of the '482 patent, claims 1 and 2 of the '314 patent, claim 1 of the '346 patent, claims 7 and 8 of the '835 patent, claim 2 of the '740 patent and claim 2 of the '104 patent. Damages are awarded in the amount of $44,126,822.00.

    On October 23, 2014, the Court granted defendants' motion for judgment of no willful infringement as a matter of law.

    On October 1, 2014, the Court dismissed plaintiffs' claims that defendants induced infringement of claims 1-8 of the '835 patent and claim 2 of the '740 patent.

    On August 28, 2014, the Court granted partial summary judgment in favor of plaintiffs with respect to: direct infringement of claim 1 of the '482 patent, claims 7 and 8 of the '578 patent and claim 1 of the '082 patent; nonanticipation of the '082, '740 and '578 patents by the '835 patent (Engelke '685); nonanticipation of the '314, '835, '740, '104 and '578 patents by the McLaughlin and Liebermann references; nonanticipation of the patents-in-suit by the Engelke '482 (the '482 patent), Wycherly, Vasile, Gopalakrishnan, Bowater, Sharman and Engelke '405 references; invalidity of claims 3-6, 8 and 10-29 of the '801 patent; and defendants' counterclaim of breach of contract.

On August 28, 2014, the Court granted partial summary judgment in favor of defendants with respect to plaintiffs' claims of literal infringement of claim 2 of the '104 patent; contributory infringement; and pre-suit damages for the '082, '104 and '314 patents.

Approved as to form this 29th day of October, 2014.

*Barbara B. Crabb* (signature)
Barbara B. Crabb, U.S. District Judge

*Peter Oppeneer* (signature)                    11/3/14
Peter Oppeneer, Clerk of Court                   Date