IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

ULTRATEC, INC. and CAPTEL, INC.,

                              Plaintiffs,

    v.

SORENSON COMMUNICATIONS, INC.
and CAPTIONCALL, LLC,

                              Defendants.

ORDER

13-cv-346-bbc

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

      Defendants Sorenson Communications, Inc. and CaptionCall, LLC have filed an emergency motion to amend or correct this court's May 13, 2015 order, dkt. #876, granting their motion to stay. Dkt. #877. After reviewing defendants' concerns, I proposed an order to be issued depending on any further objections from the parties. Although plaintiffs renewed their original objections to the stay, dkt. #880, neither party objected to the text of the court's proposed amendments.

      IT IS ORDERED that defendants' emergency motion to amend or correct, dkt. #876, is GRANTED in the following respects:

      1. Paragraph 3 on page 12 of this court's order entered on May 13, 2015, is VACATED to the extent it dismisses the parties' post-trial motions, dkt. ##700, 713, 744, 746, 748, 750, 752, 754, 763, 764, 768, 822, 835 and 854.

1

2. The post-trial motions, dkt. ##700, 713, 744, 746, 748, 750, 752, 754, 763, 764, 768, 822, 835 and 854, are REINSTATED as of May 13, 2015, and shall be treated for all purposes as if they never were dismissed. The court did not intend to dispose of the parties' post-trial motions and has not done so. They remain pending subject to the stay ordered in the May 13, 2015 order.

3. The May 13, 2015 order shall be amended to add the following new paragraphs 3, 4 and 5:

> 3. The Clerk of Court shall close this case administratively while the parties exhaust their appellate rights with respect to the Patent Trial and Appeal Board's decisions.
>
> 4. This order does not resolve or dispose of the post-verdict motions pending before the court, dkt. ##700, 713, 744, 746, 748, 750, 752, 754, 763, 764, 768, 822, 835 and 854, under Fed. R. App. P. 4(a)(4). Those motions remain pending subject to the stay issued in this order on May 13, 2015.
>
> 5. If any party wishes to reopen this case following appeal, that party must advise the court and the other parties by filing a written motion to reinstate within 30 days of the date on which the Patent Trial and Appeal Board's decisions become final and unappealable.
>
> Entered this 27th day of May, 2015.

BY THE COURT:

/s/

BARBARA B. CRABB
District Judge